original

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

FILED
2019 MAY 21 AM 10:51
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Maurice J Sinkfield
Plaintiff,

vs.

UNITED STATES MARSHALS SERVICE et al
Defendants.

CASE No. 1:19-cv-00392

JUDGE. PEARSON

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now the Plaintiff, Maurice Sinkfield, before this Honorable Court, respectfully requesting leave to file his amended complaint.

Respectfully Submitted,

Maurice Sinkfield
Maurice Sinkfield

PAGE 1 OF 1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion For Leave to File Amended Complaint and the foregoing Amended Complaint was sent to the Office of the Clerk U.S. District Court N.D. Ohio 801 West Superior Avenue Cleveland, Ohio 44113, by regular U.S. Mail, on May 16, 2019

/s/ Maurice Sinkfield
Maurice Sinkfield

PAGE 1 OF 1